**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLIFFORD D. JACKSON,** | **NO. LA CV 16-03422-VBF (GJS)** |
| **Petitioner,** | |
| v. | **JUDGMENT** |
| **NEIL McDOWELL, WARDEN,** | |
| **Respondent.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that this action is dismissed without prejudice.

Dated: January 23, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE